[No. 12944-6-III.    Division Three.    November 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DEAN RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-00722-4, Thomas E. Merryman, J., entered

November 19, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.